# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DUKE THOMAS NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>LVMPD/CCDC, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-01915-KJD-VCF<br><br>ORDER |

Presently before the Court is Plaintiff's Motion to Voluntarily Dismiss (#4). Having read and considered the motion and good cause being found in accordance with Federal Rule of Civil Procedure 41(a), it is **GRANTED**.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall close this action.

Dated this 18th day of October, 2018.

Kent J. Dawson
United States District Judge